| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wilner, Michael R. | 2. Court or Organization U.S. District Court - Central District of California | 3. Date of Report 04/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (full-time) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Roybal Federal Building
255 E. Temple St., Chambers Room 560
Los Angeles, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct # 1 | | | | | | | | | |
| 2. BMO INTERM TAX FREE BOND FUND | A | Distribution | | | Sold | 05/23/17 | K | A | |
| 3. SCHWAB CA TAX FREE BOND FUND | A | Distribution | | | Sold | 05/23/17 | K | A | |
| 4. VANGUARD CA INTERM TERM TAX FREE | A | Distribution | K | T | | | | | |
| 5. BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 01/13/17 | K | B | |
| 6. DIAMOND HILL SMALL CAP | A | Distribution | K | T | | | | | |
| 7. HODGES SMALL CAP FUND | A | Distribution | | | Sold | 03/08/17 | J | A | |
| 8. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 9. PRINCIPAL EQUITY INCOME FUND | A | Distribution | L | T | | | | | |
| 10. ISHARES RUSSELL 1000 VALUE ETF | A | Distribution | L | T | | | | | |
| 11. ISHARES S&P 500 GROWTH ETF | A | Distribution | K | T | | | | | |
| 12. ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | K | T | | | | | |
| 13. ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | K | T | | | | | |
| 14. ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 15. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | | | | | |
| 16. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | J | T | | | | | |
| 17. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB US MIDCAP ETF | A | Distribution | J | T | | | | | |
| 19. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | | | | | |
| 20. SCHWAB INTL EQUITY ETF | A | Distribution | M | T | Buy (add'l) | 01/17/17 | J | | |
| 21. SCHWAB INTL SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 22. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 01/17/17 | J | | |
| 23. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy (add'l) | 01/17/17 | J | | |
| 24. POWERSHARES EMRG MKTS SOVRGN DBT ETF | A | Distribution | J | T | | | | | |
| 25. SPDR S&P 600 SMALL CAP ETF | A | Distribution | L | T | | | | | |
| 26. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | Buy | 01/17/17 | J | | |
| 27. ISHARES IBONDS DEC 2017 TERM ETF | A | Distribution | | | Buy | 05/24/17 | J | | |
| 28. | | | | | Sold | 12/21/17 | J | A | |
| 29. ISHARES IBONDS DEC 2018 TRM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 30. ISHARES IBONDS DEC 2019 TERM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 31. ISHARES IBONDS DEC 2020 TRM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 32. ISHARES IBONDS DEC 2021 TERM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 33. ISHARES IBONDS DEC 2022 TERM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 34. ISHARES IBONDS DEC 2023 TERM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ISHARES IBONDS DEC 2024 TRM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 36. ISHR IBND DEC 2025 TRM ETF | A | Distribution | J | T | Buy | 05/24/17 | J | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. Brokerage Acct #2 | | | | | | | | | |
| 40. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | |
| 41. SCHWAB CA TAX FREE BOND FUND | A | Distribution | | | Sold | 08/31/17 | K | A | |
| 42. BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 03/15/17 | J | A | |
| 43. HODGES SMALL CAP FUND | A | Distribution | | | Sold | 03/27/17 | J | A | |
| 44. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 45. PARNASSUS CORE EQUITY FUND | A | Distribution | | | Sold | 11/08/17 | K | A | |
| 46. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 47. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | J | T | | | | | |
| 48. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 49. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 50. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 51. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | | | | | |
| 53. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | | | | | |
| 54. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 03/20/17 | J | | |
| 55. SPDR MSCI ACWI EX-US ETF | A | Distribution | J | T | | | | | |
| 56. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | K | T | | | | | |
| 57. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | Buy (add'l) | 08/31/17 | K | | |
| 58. | | | | | Buy (add'l) | 11/08/17 | K | | |
| 59. ISHARES NATIONAL MUNI ETF | A | Distribution | K | T | | | | | |
| 60. SCHWAB FUNDA EMG MKTS LARGE ETF IV | A | Distribution | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Brokerage Acct #3 | | | | | | | | | |
| 64. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | |
| 65. SCHWAB CA TAX FREE BOND FUND | A | Distribution | | | Sold | 08/31/17 | K | A | |
| 66. BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 03/15/17 | J | A | |
| 67. JANUS VENTURE FUND | A | Distribution | | | Sold | 10/06/17 | J | A | |
| 68. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 70. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 71. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | | | Sold | 10/06/17 | J | A | |
| 72. ISHARES CALIF AMT FREE MUNI ETF | A | Distribution | K | T | Buy (add'l) | 08/31/17 | K | | |
| 73. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 74. ISHARES NATL MUNI BOND ETF | A | Distribution | K | T | | | | | |
| 75. SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | J | T | | | | | |
| 76. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 77. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 78. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 79. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 80. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | | | | | |
| 81. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | | | | | |
| 82. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 83. SCHWAB FUNDA EMG MKTS LARGE COM ETF | A | Distribution | J | T | | | | | |
| 84. SPDR S&P 600 SMALL CAP GROWTH ETF | A | Distribution | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Brokerage Acct #4 | | | | | | | | | |
| 88. SCHWAB CA TAX FREE BOND FUND | A | Distribution | | | Sold | 08/31/17 | K | A | |
| 89. BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 03/15/17 | K | B | |
| 90. HODGES SMALL CAP FUND | A | Distribution | | | Sold | 03/27/17 | J | A | |
| 91. JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 92. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 93. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 94. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 95. SCHWAB AGGR BOND ETF | A | Distribution | J | T | Buy (add'l) | 03/30/17 | J | | |
| 96. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 03/30/17 | J | | |
| 97. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 98. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 99. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | | | | | |
| 100. SCHWAB US LARGE CAP ETF | A | Distribution | L | T | Buy (add'l) | 03/30/17 | J | | |
| 101. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |
| 102. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | K | T | Buy (add'l) | 03/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106.  Brokerage Acct # 5 | | | | | | | | | |
| 107.  ACADIAN EMERGING MARKETS FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 108.  BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 02/28/17 | K | B | |
| 109.  HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 110.  HODGES SMALL CAP FUND | A | Distribution | | | Sold | 03/08/17 | J | A | |
| 111.  JANUS VENTURE FUND | A | Distribution | | | Sold | 02/09/17 | J | A | |
| 112.  MOTLEY FOOL GREAT AMERICAN FUND | A | Distribution | J | T | | | | | |
| 113.  OAKMARK INTL FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 114.  PRINCIPAL EQUITY INCOME FUND | A | Distribution | | | Sold | 04/19/17 | K | B | |
| 115.  UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | | | Sold | 04/19/17 | J | A | |
| 116.  POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | Buy (add'l) | 02/22/17 | J | | |
| 117.  SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | | | Buy (add'l) | 02/10/17 | J | | |
| 118. | | | | | Sold | 04/19/17 | J | B | |
| 119.  SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 02/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 02/10/17 | K | | |
| 121. SCHWAB US LARGE CAP ETF | A | Distribution | M | T | Buy (add'l) | 03/01/17 | K | | |
| 122. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 04/20/17 | J | | |
| 123. PROSHARES RUSSELL 2000 DVD GRWRS ETF | A | Distribution | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. Brokerage Acct #6 | | | | | | | | | |
| 126. BAIRD CORE PLUS BOND FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 127. PIMCO TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 128. BROWN ADVISORY GROWTH FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 129. HARBOR INTERNATIONAL FUND | A | Distribution | | | Sold | 02/28/17 | J | A | |
| 130. HODGES SMALL CAP FUND | A | Distribution | | | Sold | 03/16/17 | J | A | |
| 131. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 132. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | J | T | Buy (add'l) | 03/03/17 | J | | |
| 133. SCHWAB AGGR BOND ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |
| 134. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |
| 135. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |
| 136. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 03/01/17 | J | | |
| 138. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |
| 139. SPDR BARCLAYS EX-US TREASURY ETF | A | Distribution | | | Sold | 03/01/17 | J | A | |
| 140. SCHWAB US BROAD MARKET ETF | A | Distribution | J | T | Buy (add'l) | 03/01/17 | J | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. Brokerage #7 | | | | | | | | | |
| 144. ISHARES AMT BOND ETF MUB | A | Distribution | J | T | | | | | |
| 145. VANGUARD TOTAL STOCK MARKET ETF VTI | A | Distribution | J | T | | | | | |
| 146. VANGUARD FTSE EMERGING MARKETS ETF VWO | A | Distribution | J | T | | | | | |
| 147. VANGUARD ENERGY ETF VDE | A | Distribution | J | T | | | | | |
| 148. VANGUARD FTSE DEVELOPED MARKETS ETF VEA | A | Distribution | K | T | | | | | |
| 149. ISHARES CORE MSCI EMERGING MARKETS IEMG | A | Distribution | J | T | | | | | |
| 150. SELECT SECTOR SPDR ENERGY TRUST XLE | A | Distribution | J | T | | | | | |
| 151. SCHWAB INTL EQUITY ETF SCHF | A | Distribution | J | T | | | | | |
| 152. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | K | T | | | | | |
| 153. SCHWAB US DIVIDEND EQUITY ETF SCHD | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SPDR NUVEEN BARCLAYS MUNI BOND ETF TFI | A | Distribution | J | T | | | | | |
| 155. VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Distribution | J | T | | | | | |
| 156. VANGUARD MUNI BOND FUND ETF VTEB | A | Distribution | J | T | Buy | 01/06/17 | J | | |
| 157. | | | | | | | | | |
| 158. Brokerage # 8 | | | | | | | | | |
| 159. SCHWAB US REIT ETF SCHH | A | Distribution | J | T | | | | | |
| 160. ISHARES GOLD ETF IAU | A | Distribution | J | T | Buy | 11/30/17 | J | | |
| 161. ETFS PHYSICAL PRECIOUS MTL BSKT ETF GLTR | A | Distribution | J | T | | | | | |
| 162. ISHARES HIGH YIELD CORPORATE BOND ETF SHYF | A | Distribution | J | T | | | | | |
| 163. MARKET VECTORS EMERGING MARKET ETF EMLC | A | Distribution | J | T | | | | | |
| 164. SCHWAB EMERGING MARKETS ETF SCHE | A | Distribution | J | T | | | | | |
| 165. SCHWAB FUNDAMENTAL EMERGING MARKETS ETF FNDE | A | Distribution | J | T | | | | | |
| 166. SCHWAB FUNDAMENTAL INTL LARGE CAP ETF FNDF | A | Distribution | J | T | | | | | |
| 167. SCHWAB FUNDAMENTAL INTL SMALL CAP ETF FNDC | A | Distribution | J | T | | | | | |
| 168. SCHWAB FUNDAMENTAL US LARGE CAP ETF FNDX | A | Distribution | J | T | | | | | |
| 169. SCHWAB FUNDAMENTAL US SMALL CAP ETF FNDA | A | Distribution | J | T | | | | | |
| 170. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SCHWAB INTERNATIONAL SMALL CAP ETF SCHC | A | Distribution | J | T | | | | | |
| 172. SCHWAB US LARGE CAP ETF SCHX | A | Distribution | J | T | | | | | |
| 173. SCHWAB USC SMALL CAP ETF SCHA | A | Distribution | J | T | | | | | |
| 174. VANGUARD GLOBAL EXUS REAL ESTATE ETF VNQI | A | Distribution | J | T | | | | | |
| 175. SPDR BARCLAYS HIGH YIELD BOND ETF HYLB | A | Distribution | J | T | | | | | |
| 176. VANGUARD EMERGING MKT GOV BND ETF IV | A | Distribution | | | Sold | 10/25/17 | J | A | |
| 177. ISHARES CORE MSCI EMERGING ETF IEMG | A | Distribution | J | T | | | | | |
| 178. SPDR BARCLAY EMERGING MARKET BONDS ETF EBND | A | Distribution | J | T | Buy | 11/30/17 | J | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. Brokerage # 9 | | | | | | | | | |
| 182. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy | 02/28/17 | J | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. Brokerage # 10 | | | | | | | | | |
| 186. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | J | T | Buy | 02/22/17 | J | | |
| 187. | | | | | | Buy (add'l) | 07/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy | 02/22/17 | J | | |
| 189. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. Brokerage # 11 | | | | | | | | | |
| 193. SCHWAB INTERNATIONAL ETF SCHF | A | Distribution | J | T | Buy | 02/22/17 | J | | |
| 194. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 195. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy | 02/22/17 | J | | |
| 196. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | K | T | | | | | |
| 200. Citibank Checking / Savings Accts | A | Int./Div. | K | T | | | | | |
| 201. Capital One Bank Savings Acct | A | Int./Div. | K | T | | | | | |
| 202. 529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | N | T | Sold (part) | 07/06/17 | K | A | |
| 203. | | | | | Sold (part) | 12/13/17 | K | A | |
| 204. 529 Account #2 Wealthfront Dividend Stock and Bond Portfolio | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544